THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONI ANN QUAGLIARIELLO, MARIA SIMON, and CHRISTLYNN KARNS, individually and on behalf of all similarly situated persons. | : <br> : CIVIL ACTION NO. 3:20-CV-699 <br> : (JUDGE MARIANI) |
| Plaintiffs, | |
| v. | |
| LEONARD DiPASQUALE, individually and t/b/d/a LEAVE IT TO BEAVERS GENTLEMEN'S CLUB and/or TAVERN IN THE GLEN, JOHN DOE t/d/b/a LEAVE IT TO BEAVERS GENTLEMEN'S CLUB, DUANE CRAIG, and JOSEPH SHOEMAKER, | |
| Defendants. | |

### ORDER

AND NOW, THIS 24th DAY OF JUNR 2022, upon consideration of Plaintiffs' Motion to Conditionally Certify a Fair Labor Standards Act Collective Action and Send Notice to the Collective (Doc. 45) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion to Conditionally Certify a Fair Labor Standards Act Collective Action and Send Notice to the Collective (Doc. 45) is **GRANTED**.

2. The Court conditionally certifies a collective action consisting of all current and former exotic dancers who provided services at Leave it to Beavers Gentlemen's Club at any time from April 27, 2017, through the entry of final judgment in this case.

3. The FLSA statute of limitations is tolled for all potential class members from April 27, 2020, through the date of the deadline to be established by the Court for all collective members to file their respective consents to join this collective action.

4. Defendants shall provide requested information about all persons who provided services as dancers at the Leave it to Beavers Gentlemen's Club since April 27, 2017. If Defendants are not able to provide all requested information, they shall provide a declaration as to why they are unable to do so.

5. Counsel for Plaintiffs are permitted to send notice of the pendency of this collective action to potential collective members in a form approved by the Court. Counsel for Plaintiffs shall submit a proposed form of notice for approval by the Court **within fourteen (14) days** of the date of this Order. Defendants are allowed **seven (7) days** thereafter to submit objections to the proposed form of notice.

6. Counsel for Plaintiffs are permitted to send a follow-up notice in a form approved by the Court. Counsel for Plaintiffs will be directed to submit a proposed form of follow-up notice for approval by the Court **within fourteen (14) days** of the date of this Memorandum Opinion and accompanying Order. Defendants will be allowed **seven**

**(7) days** thereafter to submit their objections to the proposed form of follow-up notice.

7. Defendants shall post the notice of the pendency of this collective action in locations which are conspicuous to Club dancers.

Robert D. Mariani
United States District Judge